# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> *Defendant*. | No. 1:17-MC-00151-LPS |

## **NOTICE OF APPEAL**

Notice is hereby given that Intervenor CITGO Petroleum Corporation ("CITGO"), by and through its undersigned counsel, hereby appeals to the United States Court of Appeals for the Third Circuit from the District Court's November 29, 2025 Order (D.I. 2556).

OF COUNSEL:

Nathan P. Eimer
Daniel D. Birk
Gregory M. Schweizer
Hannah M. Bucher
Alec Solotorovsky
EIMER STAHL LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
(312) 660-7600
NEimer@eimerstahl.com
DBirk@eimerstahl.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Alexandra M. Cumings*
Susan W. Waesco (#4476)
Alexandra M. Cumings (#6146)
Phillip Reytan (#7255)
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
SWaesco@morrisnichols.com
ACumings@morrisnichols.com
PReytan@morrisnichols.com

GSchweizer@eimerstahl.com
HBucher@eimerstahl.com
ASolotorovsky@eimerstahl.com

December 1 2025

## CERTIFICATE OF SERVICE

I hereby certify that on December 1. 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to all counsel of record.

/s/ *Alexandra M. Cuming*
Alexandra M. Cumings (#6146)